UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NPK, L.L.C. and CLEARY CONDOMINIUM ASSOCIATION, INC.,<br><br>    Plaintiffs,<br><br>-against-<br><br>MT HAWLEY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 24-cv-02395 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On March 29, 2024, the Court ordered the parties to appear for an initial pre-trial conference on May 15, 2024 and to submit a joint letter and proposed case management plan no later than ten days before that conference.  ECF No. 17.  On May 7, 2024, having received no such materials, the Court reminded the parties of their deadlines and ordered them to submit the required materials promptly.  ECF No. 18.  The parties failed to do so.  On May 13, 2024, the Court adjourned the initial pre-trial conference to May 29, 2024 and ordered the parties to submit their required materials by May 15, 2024.  ECF No. 19.  That deadline has now passed without any submission.  The parties' failure to comply with the Court's orders and deadlines is unacceptable and may result in dismissal of this case for failure to prosecute. The parties are again ordered to submit their joint letter and proposed case management plan by May 21, 2024.  As stated previously, if the parties do not file their letter by that date or provide some other update, the Court may dismiss the case for failure to prosecute.

Dated: May 17, 2024
        New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge